

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of Professional Process Servers

Paula Patton

-VS-

Philadelphia Post-Acute Partners, LLC d/b/a Good Shepherd Penn Partners and Lisa Marsilio

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 16-755

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS114293.01
**Reference Number**

James G. Robinson, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On **2/22/2016** we received the **Summons in a Civil Action and Complaint with Jury Demand, Civil Cover Sheet, Arbitration Certification, Case Management Track Designation Form,** and that service was effected upon **Philadelphia Post-Acute Partners, LLC d/b/a Good Shepherd Penn Partners** at **1800 LOMBARD STREET, PHILADELPHIA, PA 19146** on **2/23/2016** at **2:05 PM**, in the manner described below:

**By service upon:** LAURA PORTER, EXECUTIVE DIRECTOR as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **FEMALE**    Race/Skin: **WHITE**    Age: **20 - 30 Yrs.**    Weight: **100-130 Lbs.**    Height: **5ft4in - 5ft8in**
Hair: **BROWN**    Glasses: **Yes**    Other:

Service Notes:

Sworn to and subscribed before me this

_____ day of _____

Process Server/Sheriff _____

Notary Public _____

ATTEMPTS:

Client   Phone (215) 569-1999    :    Filed Date: 02/17/2016    BR Serve By: 03/08/2016

Lori A. Marko, Legal Assistant
Sidney L. Gold & Associate
Eleven Penn Center
1835 Market Street - Suite 515
Philadelphia, PA 19103



ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-755

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Philadelphia Post-Acute Partners, LLC, et al
was received by me on *(date)* 02/22/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Laura Porter, Executive Director , who is
designated by law to accept service of process on behalf of *(name of organization)* Philadelphia Post-Acute
Partners, LLC d/b/a Good Shepherd Penn Partners  on *(date)* 02/23/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Served at: 1800 Lombard Street, Philadelphia, PA 19146

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/24/2016

*Server's signature*

James Robinson, Process Server
*Printed name and title*

235 S. 13th Street,
Philadelphia, PA 19107

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

PAULA PATTON )
)
*Plaintiff* )
v. ) Civil Action No. 16-755
PHILADELPHIA POST-ACUTE PARTNERS LLC )
D/B/A GOOD SHEPHERD PENN PARTNERS; )
LISA MARSILIO )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phila Post-Acute Partners LLC
d/b/a Good Shepherd Penn Partners
1800 Lombard St
Phila PA 19146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIDNEY L. GOLD, ESQ.
1835 MARKET ST, SUITE 515
PHILADELPHIA PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/16

*Joseph B. Walton,* Deputy Clerk